719 A.2d 1048

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Richard Edward CURLOTT, Appellant.**

Supreme Court of Pennsylvania.

Nov. 13, 1998.

## *ORDER*

PER CURIAM:

**AND NOW**, this 13th day of November, 1998, it is hereby ORDERED that the order of the Superior Court is reversed and the judgment of sentence is vacated. See, *Commonwealth v. Crompton*, 545 Pa. 586, 682 A.2d 286 (1996); *Commonwealth v. Chambers*, 528 Pa. 403, 598 A.2d 539 (1991).

CASTILLE and NEWMAN, JJ., dissent.